JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER PRODUCTS, INC., a Missouri corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>YUE (FRANK) CONG, an individual; ALL AUTOMOTIVE MEGAHUB, INC., a California corporation, and DOES 1-10,<br><br>     Defendants. | Case No. 8:23-cv-02201-JVS-ADS<br>Judge:  James V. Selna<br>Magistrate Judge:  Autumn D. Spaeth<br><br>**JUDGMENT**<br><br><br><br>Date Action Filed:  November 22, 2023<br>Trial Date:  January 20, 2026 |

This matter is before the Court for entry of final judgment.  The Parties' claims and defenses were tried to a jury commencing on January 20, 2026, and the jury returned a verdict in Phase I of the trial on January 30, 2026, which included the following findings:

1.      Walker prevailed on each its claims  against defendant Yue (Frank) Cong ("Cong");

2.      All Automotive Megahub, Inc. ("AAM") prevailed on each of Walker's claims against AAM;

3.      The total award of damages to Walker, counting each element of damages only once even if it applies to more than one claim, is $10 million against Cong.

With respect to Walker's claims for punitive damages, on the same date, January 30, 2026, the jury returned a verdict in Phase II of the trial on the issue of punitive damages in favor of Walker and against Cong.  To the extent any portion of the punitive award may be deemed equitable, and thus a matter for the Court, the Court has independently weighed the evidence and concurs in the jury's punitive liability and punitive damages awards. That verdict included the following findings:

1.      The jury recommended an award to Walker of $1,000,000 in punitive damages for Cong's trade secret misappropriation ;

2.      The jury awarded Walker $500,000 in punitive damages for Cong's intentional interference with contractual relations; and

3.      The jury awarded Walker $500,000 in punitive damages for Cong's intentional interference with prospective economic relations.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdicts, and the Court's independent determinations, 'the Court hereby ORDERS and ENTERS JUDGMENT as follows:

1.      Walker is awarded $10 million in compensatory damages against

Cong;

2.    Walker is awarded $1 million in punitive damages claims against Cong in connection with Walker's punitive damages claims;

3.    Walker is awarded post-judgment interest on the entire award of $11 million pursuant to 28 U.S.C. § 1961;

Each party is entitled to its taxable costs with respect to the claims upon which it prevailed.

**IT IS SO ORDERED**.

Dated: March 19, 2026

_____
Hon. James V. Selna
United States District Judge