UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALKER PRODUCTS, INC., a Missouri corporation,

      Plaintiff,

    vs.

YUE (FRANK) CONG, an individual; ALL AUTOMOTIVE MEGAHUB, INC., a California corporation, and DOES 1-10,

      Defendants.

Case No. 8:23-cv-02201-JVS-ADS
Judge:  James V. Selna
Magistrate Judge:  Autumn D. Spaeth

**ORDER GRANTING PERMANENT INJUNCTION**

Date Action Filed:   November 22, 2023
Trial Date:          January 20, 2026

/ / /

/ / /

/ / /

/ / /

/ / /

## **PERMANENT INJUNCTION**

Defendant Yue Frank Cong ("Cong") and all Cong's officers, agents, servants, employees, consultants, representatives, parent companies, owners, subsidiaries, affiliates, and attorneys, including the entities owned/controlled by Cong (including but not limited to United American Manufacturing Company, LLC, Nernex LLC, and All Automotive Megahub, Inc.), and other persons acting in concert with them who receive actual notice of this Permanent Injunction by personal service or otherwise (together, the "Enjoined Persons") are hereby enjoined—effective immediately—as follows:

1.      The Enjoined Persons are permanently enjoined from possessing, accessing, reviewing, using, and/or disclosing Walker's Asserted Sensor Information, in whole or in part, anywhere in the world;

   a.      As used herein, "Walker's Asserted Sensor Information" refers to the trade secrets asserted by Walker at trial in this matter, namely: the Engineering Table (Trial Ex. No. 384), and related technical specifications and manufacturing information, (Trial Ex. Nos. 88); historical volume and frequency of sales of particular oxygen sensors from 2016 through October 2021 (Trial Ex. No. 236); Pricing information for particular oxygen sensors (Trial Ex. Nos. 310, 402); and/or vendor cost and related supply chain information for oxygen sensors (Trial Ex. Nos. 95, 123, 137, 311, 395, 403);

2.      The Enjoined Persons are enjoined from causing, inducing, or attempting to cause or induce breach of the Exclusivity Agreement (Trial Ex. No. 216), or taking any other action that would foreseeably result in breach of the Exclusivity Agreement, such as by transacting the business covered by said Exclusivity Agreement with the "Supplier" bound by the Exclusivity Agreement or any of the Supplier's "Affiliates" (as that term is defined in the Exclusivity Agreement), with said injunction applying worldwide until the exclusivity arrangement expires pursuant to paragraph 5 of the Exclusivity Agreement, at which

point this portion of the Injunction will automatically expire;

3.    The Enjoined Persons are enjoined from procuring, sourcing, and/or producing oxygen sensors within the United States and/or China from the Supplier or its Affiliates for a five-year period starting from the Court's March 19, 2026 Judgment in this matter; and

4.    Within seven (7) business days of the issuance of this Permanent Injunction, Cong must deliver a copy of this Permanent Injunction to all Enjoined Persons, including all of his employees, agents, and any other person acting in concert with them.

**IT IS SO ORDERED.**

Dated:    June 17, 2026

Hon. James V. Selna
U.S. District Court Judge